IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SALOMON ECHEVERRIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-283-A |
| | § | |
| ALLTRAN FINANCIAL, LP, ET AL., | § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT

In accordance with the notice of pending settlement filed May 13, 2019, and upon confirmation by counsel for the parties,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Salomon Echeverria, against defendants, Alltran Financial, LP, and LVNV Funding, LLC, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs and attorney's fees incurred by that party.

SIGNED May 20, 2019.

JOHN MCBRYDE
United States District Judge